UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HARHAY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, et al.,<br><br>Defendants. | No.  2:26-cv-01757-DC-JDP<br><br>ORDER GRANTING THE PARTIES' JOINT STIPULATION REQUESTING CONSOLIDATION OF CASES<br><br>(Doc. Nos. 8, 9) |
| ASHLEY GRIMES, et al.,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, et al.,<br><br>Defendants. | 2:26-cv-01760-DC-JDP<br><br>(Doc. No. 14) |

Before the court is the parties' joint stipulation requesting that the court consolidate two cases currently pending before the undersigned: (i) *Harhay et al v. Lowe's Home Centers, LLC et al*, 2:26-cv-01757-DC-JDP ("*Harhay*") (Doc. No. 8); and (ii) *Grimes et al v. Lowe's Home Centers, LLC et al.*, 2:26-cv-01760-DC-JDP ("*Grimes*") (Doc. No. 14). The court related and reassigned these cases on June 25, 2026. (*Harhay*, Doc. No. 13; *Grimes*, Doc. No. 16.)

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the

1

court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." In exercising its discretion, the court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).

Here, the court finds that the above-captioned actions involve the same or similar parties, claims, and questions of fact or law, and that consolidation will avoid unnecessary costs and duplication of proceedings. Thus, good cause exists to consolidate these cases.

Accordingly,

1. The parties' joint stipulation requesting that the court consolidate cases 2:26-cv-01757-DC-JDP (*Harhay*, Doc. No. 8) and 2:26-cv-01760-DC-JDP (*Grimes*, Doc. No. 14) is GRANTED;

2. The motion to stay (Doc. No. 14) filed in *Grimes*, 2:26-cv-01760-DC-JDP, is DENIED as having been rendered moot by this order;

3. The parties' stipulation to stay (Doc. No. 9) filed in *Harhay*, 2:26-cv-01757-DC-JDP, is DENIED as having been rendered moot by this order;

4. The above-referenced cases are hereby consolidated for all purposes, including trial, pursuant to Federal Rule of Civil Procedure 42(a);

5. The Clerk of the Court is directed to file this order in each of the above-referenced cases; and

6. Going forward, the parties and the Clerk of the Court are directed to file documents under only the lead case number. The Clerk of the Court is directed to administratively close the member case. Future captions should indicate the lead case number followed by the member case numbers as follows:

    **Lead Case:        2:26-cv-01757-DC-JDP**

    **Member Case:     2:26-cv-01760-DC-JDP**

7. Plaintiffs shall file a consolidated complaint within fourteen (14) days from the date of entry of this order;

2

8.    Defendants shall have forty-five (45) days from the date of filing the consolidated complaint to file a response thereto; and

9.    To the extent Defendants file a motion in response to the consolidated complaint and the parties wish to stipulate to a briefing schedule for the opposition and reply briefs, the parties shall file a stipulation for such briefing schedule after the motion is filed.

IT IS SO ORDERED.

Dated:    **June 29, 2026**    _____

Dena Coggins
United States District Judge

3